IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LONNIE LYNN MILLER                                                                       PLAINTIFF

v.                              Civil No. 1:06-cv-01005

SHERIFF KEN JONES, Union County
Arkansas, in his official and individual
capacities; DARRYL EASTER, Deputy
Sheriff, Union County, Arkansas, in his
official and individual capacities; and
JOHN DOES, of Union County and/or
Union County Sheriff's Office, policy
makers, supervisors, agents and/or
employees, in their individual and
official capacities                                                                       DEFENDANTS

## ORDER OF DISMISSAL

On December 5, 2007, Plaintiff filed a notice (Doc. 51) advising the court that he had in fact agreed on November 6, 2006, as part of a plea agreement in *State v. Miller,* Cr. 2005-738-1, to the dismissal of this case. Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of January 2008.

/s/ Barry A. Bryant
BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE